**Electronically Filed
Supreme Court
SCWC-22-0000693
13-APR-2023
08:07 AM
Dkt. 15 ODAC**

SCWC-22-0000693

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SHANNON KAINOA RYSER KEALA,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000693; 3DTC-22-061452)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Cahill, in place of Nakayama, J., recused,
and Circuit Judge Kawano, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant Shannon Kainoa Ryser

Keala's application for a writ of certiorari, filed on March 15,

2023, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 13, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Peter T. Cahill

/s/ Kelsey T. Kawano

